JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00352 PJH |
| Plaintiff, | [~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| TAE SON LEE (a/k/a Mike Lee), JONG MOON CHOI (a/k/a Peter Choi), and KWANG IL SONG (a/k/a Daniel Song), | |
| Defendants. | |

For the reasons stated in open court to which the parties stipulated on June 29, 2010, the Court ordered time excluded under the Speedy Trial Act from June 29, 2010 through August 24, 2010 to enable defense counsel to investigate and prepare, including the handling of discovery. The Court found that (A) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: 7/6/2010

_____
Hon. DONNA M. RYU
United States Magistrate Judge

No. CR 10-00352 PJH
[~~PROP'D~~] ORD. EXCL. TIME