JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00352 PJH |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO EXCLUDE |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| TAE SON LEE (a/k/a Mike Lee), and ) | |
| KWANG IL SONG (a/k/a Daniel Song), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

     Defendants Tae Son Lee and Kwang Il Song appeared before the Court for a status and bond hearing on June 15, 2010.  During the hearing, the parties stipulated to a basis upon which the Court ordered time excluded under the Speedy Trial Act as to defendants Lee and Song from June 15, 2010 until their next appearance on June 29, 2010, to enable defense counsel to continue in their representation, investigate the matter, and adequately prepare.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant continuity of counsel and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and (B) the ends of justice served by the continuance

//

//

1 | outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C.
2 | § 3161(h)(7)(A) & (B)(iv).

4 | **IT IS SO ORDERED.**

6 | DATED: 7/7/10

_____
Hon. DONNA M. RYU
United States Magistrate Judge

No. CR 10-00352 PJH
[P~~ROP'D~~] ORD. EXCL. TIME                2