JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00352 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
| v. | |
| TAE SON LEE (a/k/a Mike Lee), JONG MOON CHOI (a/k/a Peter Choi), and KWANG IL SONG (a/k/a Daniel Song), | |
| Defendants. | |

With the agreement of the parties, and with the consent of the defendants, the Court enters the following order:

1.    The defendants are charged with conspiracy, in violation of 18 U.S.C. § 371, tax evasion, in violation of 26 U.S.C. § 7201, and structuring, in violation of 31 U.S.C. § 5324(a)(3).

2.    Pursuant to the government's discovery obligations and, as indicated during the parties' last appearance before the Court on June 29, 2010, the government has agreed to provide and/or make available for inspection discovery materials in accordance with a mutually agreed upon schedule.

3. Due to the nature of the case, the discovery contains personal identifying information, including social security numbers and birth dates, and other private financial information. Due to the volume and type of discovery materials, much of this information is not easily redactable. The defense acknowledges their responsibilities under Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1 and will redact discovery containing personal identifying information before filing it with the Court, or sharing it with third parties who are not signatories to this protective order.

4. The contemplated discovery materials, which may include grand jury transcripts and attachments thereto, also contain information relating to matters that occurred before the grand jury. Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure permits the Court to "authorize the disclosure . . . of a grand-jury matter preliminarily to or in connection with a judicial proceeding . . . ." Here, the defendants may appropriately receive the discovery materials and may require information contained therein to adequately prepare and assess their respective cases. Disclosure, subject to the restrictions delineated in Paragraph 6, below, is therefore appropriate so that the United States may fulfill its discovery obligations.

5. The defendants agree to waive any privacy rights they may have as to the disclosure of their personal information, as it may be contained in the discovery materials, to the other defendants in this action.

6. The parties agree and request that the Court subject disclosure of discovery materials provided to the defendants to the following restrictions:

 a. The defendants recognize that the documents and information provided in discovery shall be used only to prepare and evaluate the defense in this proceeding and agree to take appropriate steps, consistent with their obligations to present a defense, to protect the privacy rights of third parties, who are not defendants in this action.

 b. As noted above, any pleadings that reveal the personal identifying or private financial information of third parties, shall either be filed in accordance

No. CR 10-00352 PJH
STIP. & [P̶R̶O̶P̶'D̶] PROT. ORD.

1  with Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 or shall be redacted to prevent
2  the disclosure of such information or filed under seal.  In the case of the filing of
3  such a sealed pleading, the parties agree to provide each other with copies of the
4  pleading filed under seal.
5      c.   Any person to whom the documents or information are disclosed
6  shall be provided with a copy of this Stipulation and Order and all parties shall
7  maintain records of all persons to whom disclosure has been made following the
8  date of entry of this Stipulation and Order.
9      7.   Within ten court days of the conclusion of this matter, the government may
10 request the defense return or destroy all materials provided to defense counsel pursuant to
11 this Order, and all other authorized copies. The defense shall either comply with the
12 government's request or seek authorization from the District Court within thirty days of
13 such request if the defense desires to retain the material.

**So stipulated.**

DATED: July 23, 2010                              /s/
                                                  _____
                                                  MARTIN A. SCHAINBAUM, Esq.
                                                  BRYANT W.H. SMITH, Esq.
                                                  Attorneys for Defendant Tae Son Lee

**So stipulated.**

DATED: July 23, 2010                              /s/
                                                  _____
                                                  ANGELA HANSEN, Esq.
                                                  Assistant Federal Public Defender
                                                  Attorney for Defendant Jong Moon Choi

**So stipulated.**

DATED: July 23, 2010                              /s/
                                                  _____
                                                  CHRISTOPHER J. CANNON, Esq.
                                                  Sugarman & Cannon
                                                  Attorney for Defendant Kwang Il Song

**So stipulated.**

DATED: July 23, 2010          JOSEPH P. RUSSONIELLO
                              United States Attorney

                                                  /s/
                                                  _____
                                                  ANDREW S. HUANG
                                                  Assistant United States Attorney

No. CR 10-00352 PJH
Stip. & [P̶r̶o̶p̶'d̶] Prot. Ord.

**[PROPOSED] ORDER**

Based on the stipulation of the parties and for good cause shown, IT IS SO ORDERED that disclosure of the above-described discovery materials shall be restricted as set forth above in the parties' stipulation. IT IS FURTHER ORDERED that the United States is permitted to disclose to the defendants matters occurring before the grand jury as contained in the discovery materials.

DATED: 7/26/2010

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

Hon. DONNA M. RYU
United States Magistrate Judge