JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CSBN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail:  Andrew.Huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAE SON LEE (a/k/a Mike Lee), ) <br> JONG MOON CHOI (a/k/a Peter Choi), and ) <br> KWANG IL SONG (a/k/a Daniel Song), ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 10-00352 PJH <br><br> **UNITED STATES' MOTION TO TEMPORARILY UNSEAL SEARCH WARRANT MATERIALS FOR DISCOVERY AND [PROPOSED] ORDER** |

    The United States hereby moves the Court for an order to temporarily unseal the Applications and Affidavits for Search Warrant, Search Warrants, and all attachments thereto (collectively, "Search Warrant Materials"), which were issued on March 19 and 23, 2009 in cases No.4:09-70276-WDB, and No 4:09-70285-EMC-WDB, respectively, for the sole purpose of making copies for discovery to the defense and then to have the Search Warrant Materials resealed after the copies have been made. The defendants do not oppose this motion.

    The Search Warrant Materials contain information relating to matters that occurred before the grand jury. Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure permits the Court to "authorize the disclosure . . . of a grand-jury matter preliminarily to or in connection with a

UNITED STATES' MOT.UNSEAL & [PROP'D] ORDER
No. CR 10-00352 PJH         1

judicial proceeding . . . ."  Here, the defendants may appropriately receive the Search Warrant Materials in discovery and may require information contained therein to adequately prepare and assess their respective cases.  (The government will redact all but the last four digits of any bank account numbers contained in the Search Warrant Materials.)  Authorizing the temporary unsealing of the Search Warrant Materials for the purpose of making copies for producing discovery and resealing those materials after copies have been made is therefore appropriate so that the United States may fulfill its discovery obligations.

Dated: July 23, 2010

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        _____/S/_____
                                        ANDREW S. HUANG
                                        Assistant United States Attorney

1
2                          **[PROPOSED] ORDER**
3       Based upon the motion of the United States and for good cause shown, the Court hereby
4  ORDERS that the Applications and Affidavits for Search Warrant, Search Warrants, and all
5  attachments thereto (collectively, "Search Warrant Materials"), which were issued on March 19
6  and 20, 2009 in cases No.4:09-70276 WDB, and No 4:09-70285 WDB, respectively, be
7  temporarily UNSEALED to permit the United States to make copies for the defendants and that
8  said materials be RESEALED after such copies are made.
9       It is further ORDERED respectively United States is permitted to disclose to the
10 defendants matters occurring before the grand jury as contained in the Search Warrant Materials
11 and that the United States may redact all but the last four digits of any bank account numbers
12 contained therein.
13
14 DATED: 7/26/2010
15                                          Hon. DONNA M. RYU
                                            United States District Court Magistrate Judge
16                                          Northern District of California

UNITED STATES' MOT.UNSEAL & [PROP'D] ORDER
No. CR 10-00352 PJH                    3