MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
ANDREW D. ALLEN (CSBN 269502)
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone:  (415) 777-1040
Fax:        (415) 981-1065
Email:      schainbm@taxwarrior.com

Attorneys for Mike Lee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAE SON LEE (a/k/a Mike Lee), and<br>KWANG IL SONG (a/k/a Daniel Song),<br>Defendants. | No. CR 10-00352 PJH<br><br>(PROPOSED) ORDER PERMITTING DEFENDANT MIKE LEE TO TRAVEL TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>Honorable Laurel Beeler<br>United States Magistrate Judge |

<u>(PROPOSED) ORDER GRANTING DEFENDANT PERMISSION TO TRAVEL TO THE CENTRAL DISTRICT OF CALIFORNIA</u>

Defendant Mike Lee seeks permission to travel to the Central District of California to the Los Angeles region from May 27, 2011 through May 31, 2011. Pretrial Services Officer, Paul Mamaril, does not object to Defendant's request. Counsel for the government, Assistant United

States Attorney, Andy Huang, has no objection to Defendant's request. In response to Defendant Lee's request, and for good cause shown, it is hereby

ORDERED that Defendant Mike Lee has permission to travel to the Central District of California to the Los Angeles region, from May 27, 2011 through May 31, 2011.

ORDERED this __27th__ day of ___May_____, 2011, at Oakland, California.

_____
United States Magistrate Judge