MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
ANDREW D. ALLEN (CSBN 269502)
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone:    (415) 777-1040
Fax:          (415) 981-1065
Email:        schainbm@taxwarrior.com

Attorneys for Mike Lee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>TAE SON LEE,<br>JONG MOON CHOI,<br>KWANG IL SONG,<br>Defendants. | No. CR 10-00352 PJH<br><br>(~~PROPOSED~~) ORDER PERMITTING DEFENDANT MIKE LEE TO TRAVEL TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>Honorable Laurel Beeler<br>United States Magistrate Judge |

### (~~PROPOSED~~) ORDER GRANTING DEFENDANT PERMISSION TO TRAVEL TO THE CENTRAL DISTRICT OF CALIFORNIA

Defendant Mike Lee seeks permission to travel with family, for the purpose of celebrating an anniversary, to the Central District of California to the San Luis Obispo region from August 31, 2011 through September 2, 2011, and to the Los Angeles region from

September 2, 2011 through September 3, 2011. Pretrial Services Officer, Paul Mamaril, does not object to Defendant's request. Counsel for the government, Assistant United States Attorney, Andy Huang, has no objection to Defendant's request.  In response to Defendant Lee's request, and for good cause shown, it is hereby

ORDERED that Defendant Mike Lee has permission to travel to the Central District of California to the San Luis Obispo and Los Angeles regions, from August 31, 2011 through September 3, 2011.

ORDERED this 30th day of August, 2011, at Oakland, California.

_____
United States Magistrate Judge