JOHN M. YOUNGQUIST (CSB #38504)
201 Mission Street, Suite 2270
San Francisco, CA 94105
Telephone: (415) 986-4100
Facsimile: (415) 615-0847

Attorney for Defendant
TAE SON LEE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **TAE SON LEE, et al.** Defendants. | **No. 4:10-cr-00352-PJH** **STIPULATION AND ORDER MODIFYING CONDITIONS OF DEFENDANT TAE SON LEE'S RELEASE AND APPEARANCE BOND** Crim.L.R 46-1 and 47-4 |

**TO: HONORABLE DONNA M. RYU,**

**UNITED STATES MAGISTRATE JUDGE**

## STIPULATION

On June 15, 2010, defendant TAE SON LEE executed a Release and Appearance Bond in the amount of three hundred fifty thousand dollars ($350,000) on his personal recognizance, with his son Alex Lee signing as custodian and co-signer. A copy of the Order Setting Conditions of Release is attached hereto.

The parties now agree and stipulate that the condition of said Order prohibiting the defendant's travel outside of the Northern District of California be modified as follows: ***The defendant shall not travel outside of the Northern District of California without prior approval of Pretrial Services. To obtain prior approval, the defendant shall provide Pretrial Services with his reason(s) for travel, travel itinerary, dates of travel, and place(s) of residence while on travel.***

The parties respectfully request that the foregoing modification to defendant TAE SON LEE's conditions of release be ordered by the Court and that all other conditions set in the June 15, 2010 Order remain in place and effect.

Date: March 9, 2012

JOHN M. YOUNGQUIST
Attorney for Defendant

*Pretrial Services has been consulted on this Stipulation and has no objection to this modification regarding travel.*

ANDREW S. HUANG
Assistant United States Attorney
Attorney for the United States

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.




Date: 3/12/2012

DONNA M. RYU
United States Magistrate Judge

Case4:10-cr-00352-PJH Document10 Filed06/15/10 Page1 of 1

FILED
JUN 15 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AMENDED

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 6/15/2010 | CASE NUMBER CR 10-0352-PJH-1 |
|---|---|---|---|
| NAME OF DEFENDANT TAE SON LEE | | ADDRESS OF DEFENDANT 763 - 46th AVE OAKLAND CA 94601 | TELEPHONE NUMBER 510-533-5270 |
| NAME OF ~~SURETY~~ CO-SIGNER ALEX Y. LEE | RELATIONSHIP TO DEFENDANT Deft's SON | ADDRESS OF ~~SURETY~~ CO-SIGNER 33690 SLENDER CT FREMONT CA 94555 | TELEPHONE NUMBER 510-292-0707 |
| NAME OF CUSTODIAN ALEX Y. LEE | RELATIONSHIP TO DEFENDANT Deft's SON | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |

| AMOUNT OF BOND | ☒ UNSECURED | ☐ SECURED BY | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|---|
| $ 350K | PR | $ | | | 6/29/10 @ 10:00 am | #4 Mag Ryu |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

- ☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
- ☒ Defendant shall not commit any federal, state, or local crime.
- ☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
- ☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
- ☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in OAKLAND CA. See addresses and telephone numbers on reverse side.
- ☒ Defendant shall surrender all passports and visas to the Court by 4 p.m. 6/10/2010 and shall not apply for any passports or other travel documents.
- ☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- ☒ Defendant shall remain in the custody of custodian ALEX Y. LEE at Deft. to reside at his own address stated above, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
- ☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
- ☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- ☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
- ☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
- ☒ Defendant shall have no contact with any co-defendant out of the presence of counsel. with respect to this matter
- ☐ Defendant shall not change residence without prior approval of Pretrial Services.
- ☐ Defendant shall comply with the following curfew: ________ to ________.
- ☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of ________
- ☐ Defendant must ☐ reside in Halfway House ________ ☐ participate in Residential Treatment ________
- ☐ The following conditions also apply:

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated. 06/15/10

| SIGNATURE OF DEFENDANT X [signature] | SIGNATURE(s) OF SURETY(ies) X [signature] |
|---|---|
| SIGNATURE OF CUSTODIAN CO-SIGNER X [signature] 06/15/2010 (Son) | SIGNATURE OF MAGISTRATE JUDGE [signature] DATE 06/15/10 |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.